**Elizabeth Nichols**

| | |
|---|---|
| **From:** | Estate of Wilson Richey <estateofwilsonrichey@gmail.com> |
| **Sent:** | Thursday, April 11, 2024 4:56 PM |
| **To:** | VAWB CM Helpdesk |
| **Cc:** | BRRichey@gmail.com |
| **Subject:** | Fwd: In re: CHAMPION BREWING COMPANY Debtor |
| **Attachments:** | Letter of Qualification Brett Richey estate of Wilson Richey.pdf |

**CAUTION - EXTERNAL:**

Dear Bankruptcy Court,

```
FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
APR 11 2024
By ___CMJ___ 4:56 pm
    DEPUTY CLERK
```

My name is Brett Richey and I am the eldest brother of Wilson Richey and the executor of his estate. Wilson passed away on Dec 12, 2023, (see: https://www.hillandwood.com/obituaries/Wilson-Alden-Richey?obId=30111987).

Attached is my Letter of Qualification.

I received written notices that were mailed to his house regarding the bankruptcy proceedings for Champion Brewing. I believe there is a separate bankruptcy proceeding for Hunter Smith in his personal capacity, too.

Wilson's mailing address is currently 1883 Pine Cone Circle, Charlottesville, VA 22901.

However, we are selling his house this Friday, April 12.

Can you please help me update the information with the court for my brother's interests in both of the bankruptcy proceedings?

Please use:

Estate of Wilson Richey
c/o Brett Richey, Executor
225 Boxley Dr.
Charlottesville, VA 22901.

Thank you so much for your help with this matter. If you need a copy of the death certificate, please send me a secure link to upload it to, as it contains his SSN. Thank you.

Brett
434-989-5434.

**CERTIFICATE/LETTER OF QUALIFICATION**  Court File No. **2024-2**
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 6.2-893, 6.2-1171, 6.2-1365, 6.2-1367, 64.2-2011, 64.2-506, 64.2-607

**Albemarle County** Circuit Court

I, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on **January 3, 2024**
                                                                       DATE

**BRETT RIVES RICHEY**,
NAME(S) OF PERSON(S) QUALIFYING

duly qualified in this court, under applicable provisions of law, as **Executor** of the estate of

**WILSON ALDEN RICHEY**
☒ DECEASED   ☐ MINOR   ☐ INCAPACITATED

The powers of the fiduciary(ies) named above continue in full force and effect.

**$3,699,800.00** bond has been posted.

Given under my hand and the seal of this Court on

**January 3, 2024**
DATE

                                    **Jon R Zug**, Clerk
                                    by *Donna M Marshall*, Deputy Clerk



FORM CC-1625 MASTER 10/12