**UNITED STATES BANKRUPTCY COURT**
For The Western District of Virginia

| | |
|---|---|
| In re: Hunter W Smith<br><br>**Debtor(s)** | CASE NO. 24–60212<br><br>CHAPTER 7 |

**NOTICE OF NEED TO FILE PROOF OF CLAIM**
**DUE TO RECOVERY OF ASSETS**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, it appears that assets may be recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address below on or before

**DEADLINE for creditors other than governmental units:   7/10/24**

**DEADLINE for governmental units, if applicable:   9/3/24**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor(s)' estate.

The proof of claim form can be found on the court's website, www.vawb.uscourts.gov. It may be filed by regular mail or by going to the court's website located at www.vawb.uscourts.gov, there you can file and print a copy of your proof of claim. We strongly encourage you to use our website to file, but it you wish to use regular mail and receive proof of its receipt by the Bankruptcy Court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope.

There is no fee for filing the proof of claim. Proofs of claim filed by mail are to be filed with the United States Bankruptcy Court at the address listed below and to the left and a copy must be sent to the case trustee listed below to the right:

210 Church Ave.
Room 200
Roanoke, VA 24011
(540) 857–2391

Andrew S Goldstein(68)
PO Box 404
Roanoke, VA 24003–0404

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Service of a copy of this Notice shall be by mail to the debtor(s), attorney for the debtor(s), trustee, and all creditors and parties in interest.

FOR THE COURT
James W. Reynolds, Clerk
1101 Court St.
Room 166
Lynchburg, VA 24504
(434) 845–0317

Entered: 4/11/24

dis02.jsp

United States Bankruptcy Court

Western District of Virginia

In re:  
Hunter W Smith  
    Debtor

Case No. 24-60212-rbc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0423-6      User: admin      Page 1 of 2  
Date Rcvd: Apr 11, 2024      Form ID: noa      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hunter W Smith, 738 Lexington Avenue, Charlottesville, VA 22902-4718 |
| 5218780 | + | AMV Properties, 234 Vineyard Lane, Afton, VA 22920-3702 |
| 5218781 | + | Anthony Smith, 234 Vineyard Lane, Afton, VA 22920-3702 |
| 5218782 | + | Atlantic Union Bank, P.O. Box 5568, Glen Allen, VA 23058-5568 |
| 5218786 | + | Cheri Lewis, Esq., 619 E. High St., Charlottesville, VA 22902-5135 |
| 5218787 | + | City of Charlottesville, P.O. Box 2964, Charlottesville, VA 22902-2964 |
| 5218788 | + | Colliers International, ATTN: Danny Lambert, 2221 Edward Holland Dr., Ste. 600, Richmond, VA 23230-2518 |
| 5218790 | + | Danielle R. Smith, 738 Lexington Avenue, Charlottesville, VA 22902-4718 |
| 5218791 | + | Flora Pettit, P.O. Box 2057, Charlottesville, VA 22902-2057 |
| 5218792 | + | Gordonsville Realty Investments, 200 Garret St., Ste 0, Charlottesville, VA 22902-5662 |
| 5218794 | + | J. R. Hadley, 214 Harvest Drive, Charlottesville, VA 22903-4849 |
| 5218796 | + | Kristen Mynes, Esq., McGuire Woods, LLP 323 Second St., SE, Charlottesville, VA 22902-5605 |
| 5218797 | + | PBM Ice House, 200 Garret St., Ste 0, Charlottesville, VA 22902-5662 |
| 5218798 | + | PBM Ice House, LLC, 200 Garrett St., Ste 0, Charlottesville, VA 22902-5662 |
| 5218800 | + | SKA Fabricating, 545 Turner Dr., Ste A, Durango, CO 81303-6827 |
| 5218799 | + | Scott/Kroner, PLC, 418 East Water St, Charlottesville, VA 22902-5242 |
| 5218802 | + | Standard Produce, 140 Garrett St, Charlottesville, VA 22902-5699 |
| 5218803 | + | Tom Shanahan, P.O. Box 1547, Mandeville, LA 70470-1547 |
| 5218805 | | Virginia Linen Service, 174 Industrial Dr, Ruckersville, VA 22968 |
| 5218806 | + | Virginia Pacific Investments, ATTN: Kimberly Giddings, 2088 Union St., Ste 1, San Francisco, CA 94123-4117 |
| 5218807 | + | Wilson Richey, 1883 Pine Cone Circle, Charlottesville, VA 22901-8932 |
| 5218808 | + | Woodard Properties, 224 14th St., NW, Charlottesville, VA 22903-2771 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5219509 | + | EDI: AISACG.COM | Apr 12 2024 03:22:00 | AIS Portfolio Services, LLC, Attn: Ally Bank Department, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5218778 | + | Email/Text: AMSBankruptcy@southernbank.com | Apr 11 2024 20:51:00 | Affiliated Mortgage Services, P.O. Box 428, Rocky Mount, NC 27802-0428 |
| 5218779 | + | EDI: GMACFS.COM | Apr 12 2024 03:22:00 | Ally Financial, 200 Renaissance Center, #B0, Detroit, MI 48243-1300 |
| 5218784 | + | EDI: CAPITALONE.COM | Apr 12 2024 03:22:00 | Capital One, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 5218793 | | EDI: IRS.COM | Apr 12 2024 03:22:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5218795 | | EDI: JPMORGANCHASE | Apr 12 2024 03:22:00 | JP Morgan Chase Bank, N.A., 1111 Polaris Pkwy, Columbus, OH 43240 |
| 5218801 | + | Email/Text: bankruptcynotices@sba.gov | | |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 11 2024 20:51:00 | Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
| 5218804 | | Email/Text: va_tax_bk@harriscollect.com | Apr 11 2024 20:51:00 | Virginia Department of Taxation, PO Box 2369, Richmond, VA 23218-2369 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5218785 | | Cavalier Produce, 170 Ferncliff |
| 5218789 | | Community Investment Collaborative, 300 Preston Ave., #206 |
| 5218783 | ##+ | Bluevine, 30 Montgomery St. Ste 1400, Jersey City, NJ 07302-3857 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew S Goldstein(68) | agoldstein@mglspc.com va34@ecfcbis.com |
| Douglas E. Little | on behalf of Debtor Hunter W Smith delittleesq@aol.com little.douglasb128786@notify.bestcase.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |

TOTAL: 3