**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Hunter W Smith <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9988 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | Western District of Virginia | |
| Case number: | 24–60212 | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Hunter W Smith

<u>6/11/24</u>

**By the court:**   <u>Rebecca B. Connelly</u>
                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Virginia

In re:  
Hunter W Smith  
    Debtor

Case No. 24-60212-rbc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0423-6      User: admin      Page 1 of 2  
Date Rcvd: Jun 11, 2024      Form ID: 318      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hunter W Smith, Estate of Wilson Rickey, c/o Brett Richey, Executor, 225 Boxley Drive, Charlottesville, VA 22901-5478 |
| 5218780 | + | AMV Properties, 234 Vineyard Lane, Afton, VA 22920-3702 |
| 5218781 | + | Anthony Smith, 234 Vineyard Lane, Afton, VA 22920-3702 |
| 5218782 | + | Atlantic Union Bank, P.O. Box 5568, Glen Allen, VA 23058-5568 |
| 5218783 | + | Bluevine, 377 West Louise Ave., Manteca, CA 95336-3400 |
| 5218786 | + | Cheri Lewis, Esq., 619 E. High St., Charlottesville, VA 22902-5135 |
| 5218787 | + | City of Charlottesville, P.O. Box 2964, Charlottesville, VA 22902-2964 |
| 5218788 | + | Colliers International, ATTN: Danny Lambert, 2221 Edward Holland Dr., Ste. 600, Richmond, VA 23230-2518 |
| 5218790 | + | Danielle R. Smith, 738 Lexington Avenue, Charlottesville, VA 22902-4718 |
| 5218807 | + | Estate of Wilson Richey, c/o Brett Richey, Executor, 225 Boxley Dr., Charlottesville, VA 22901-5478 |
| 5218791 | + | Flora Pettit, P.O. Box 2057, Charlottesville, VA 22902-2057 |
| 5218792 | + | Gordonsville Realty Investments, 200 Garret St., Ste 0, Charlottesville, VA 22902-5662 |
| 5218794 | + | J. R. Hadley, 214 Harvest Drive, Charlottesville, VA 22903-4849 |
| 5228835 | | John R. Hadley II, 214 Harvest Dr, Charlottesville, VA 22903-4849 |
| 5218796 | + | Kristen Mynes, Esq., McGuire Woods, LLP 323 Second St., SE, Charlottesville, VA 22902-5605 |
| 5218797 | + | PBM Ice House, 200 Garret St., Ste 0, Charlottesville, VA 22902-5662 |
| 5218798 | + | PBM Ice House, LLC, 200 Garrett St., Ste 0, Charlottesville, VA 22902-5662 |
| 5218800 | + | SKA Fabricating, 545 Turner Dr., Ste A, Durango, CO 81303-6827 |
| 5218799 | + | Scott/Kroner, PLC, 418 East Water St, Charlottesville, VA 22902-5242 |
| 5218802 | + | Standard Produce, 140 Garrett St, Charlottesville, VA 22902-5699 |
| 5218803 | + | Tom Shanahan, P.O. Box 1547, Mandeville, LA 70470-1547 |
| 5218805 | | Virginia Linen Service, 174 Industrial Dr, Ruckersville, VA 22968 |
| 5218806 | + | Virginia Pacific Investments, ATTN: Kimberly Giddings, 2088 Union St., Ste 1, San Francisco, CA 94123-4117 |
| 5218808 | + | Woodard Properties, 224 14th St., NW, Charlottesville, VA 22903-2771 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5219509 | + | EDI: AISACG.COM | Jun 12 2024 01:13:00 | AIS Portfolio Services, LLC, Attn: Ally Bank Department, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5218778 | + | Email/Text: AMSBankruptcy@southernbank.com | Jun 11 2024 21:18:00 | Affiliated Mortgage Services, P.O. Box 428, Rocky Mount, NC 27802-0428 |
| 5218779 | + | EDI: GMACFS.COM | Jun 12 2024 01:13:00 | Ally Financial, 200 Renaissance Center, #B0, Detroit, MI 48243-1300 |
| 5218784 | + | EDI: CAPITALONE.COM | Jun 12 2024 01:13:00 | Capital One, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 5231472 | | EDI: CAPITALONE.COM | Jun 12 2024 01:13:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5218793 | | EDI: IRS.COM | Jun 12 2024 01:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5218795 | | EDI: JPMORGANCHASE | Jun 12 2024 01:13:00 | JP Morgan Chase Bank, N.A., 1111 Polaris Pkwy, |

Case 24-60212   Doc 17   Filed 06/13/24   Entered 06/14/24 00:41:04   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0423-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 11, 2024 | Form ID: 318 | Total Noticed: 34 |

| Recip ID | | | | |
|---|---|---|---|---|
| 5231187 | | Email/Text: bankruptcy@nationalcreditsystems.com | Jun 11 2024 21:17:00 | National Credit Systems, Inc., P.O.BOX 672288, Marietta, GA 30006 |
| 5218801 | + | Email/Text: bankruptcynotices@sba.gov | Jun 11 2024 21:17:00 | Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
| 5218804 | | Email/Text: va_tax_bk@harriscollect.com | Jun 11 2024 21:18:00 | Virginia Department of Taxation, PO Box 2369, Richmond, VA 23218-2369 |

(Continued from previous page: Columbus, OH 43240)

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5218785 | | Cavalier Produce, 170 Ferncliff |
| 5218789 | | Community Investment Collaborative, 300 Preston Ave., #206 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 13, 2024                                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew S Goldstein(68) | agoldstein@mglspc.com  va34@ecfcbis.com |
| Douglas E. Little | on behalf of Debtor Hunter W Smith delittleesq@aol.com  little.douglasb128786@notify.bestcase.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |

TOTAL: 3