UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRIGNIA
LYNCHBURG DIVISION

IN RE:

SMITH, HUNTER W.

Address:   738 Lexington Avenue
           Charlottesville, VA 22902

Last four digits of Social Security or
Individual Tax-payer Identification (ITIN) No(s). , if any:
xxx-xx-9988

Debtor.

Case No. 24-60212
Chapter 7

## OBJECTION TO CLAIM NUMBER 6 AND 7 OF THE US SMALL BUSINESS ADMINISTRATION

Comes now Andrew S. Goldstein, Chapter 7 Trustee (the "Movant"), hereby objects to claim numbers 6 and 7 of the US Small Business Administration and for his reasons states as follows:

1. The Debtor filed a bankruptcy petition under Chapter 7 of the United States Bankruptcy Code on March 4, 2024.  Andrew S. Goldstein was appointed the chapter 7 trustee for the Debtor.

2. On June 20, 2024, the US Small Business Administration filed two proofs of claim in the in the amount of $486,627.89 for Claim No. 6 and in the amount of $101,976.35 for Claim No. 7.

3. The claims filed by the U.S. Small Business Administration are filed against Debtor's limited liability companies who are not parties in this case.  In addition, there is nothing such as the Debtor's personal signature on the note or a guaranty that suggests that the Debtor is personally obligated.  The Debtor did list the debts on his schedules, presumably out of an abundance of caution, is not evidence that the US Small Business Administration is his original creditor.

WHEREFORE, for the foregoing reasons, Movant respectfully requests that the Court disallow claim nos. 6 and 7.

Date: <u>March 4, 2025</u>

Respectfully submitted,

Andrew S. Goldstein
Chapter 7 Trustee

By: <u>/s/ Andrew S. Goldstein</u>

Andrew S. Goldstein (VSB #28421)
Magee Goldstein Lasky & Sayers, PC
PO Box 404, Roanoke, VA 24003
(540) 343 -9800 Telephone
(540) 343-9898 Facsimile
agoldstein@mglspc.com
Chapter 7 Trustee