UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRIGNIA
LYNCHBURG DIVISION

IN RE:

SMITH, HUNTER W.

   Address:   738 Lexington Avenue
                   Charlottesville, VA 22902

Last four digits of Social Security or
Individual Tax-payer Identification (ITIN) No(s). , if any:
xxx-xx-9988

               Debtor.

Case No. 24-60212
Chapter 7

## CERTIFICATE OF MAILING PURSUANT TO LOCAL RULE 9072-1

The undersigned counsel hereby certifies to the Court that a true copy of the Order Withdrawing Trustee's Objection To Claim No. 6 And Sustaining The Objection To Claim No. 7 of the Small Business Administration was entered in the above referenced matter on April 8, 2025 and therefore notifying Debtors' Counsel and the US Trustee electronically and on this same date a true copy of the same was mailed to the following:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Division
Office of the United States Attorney
Western District of Virginia
PO Box 1709
Roanoke, VA 24008

US Small Business Administration
721 19th Street, 3rd Floor
Denver, TX 80202


Dated:  April 8, 2025

By: /s/ Andrew S. Goldstein
      Andrew S. Goldstein, Esq.
      Virginia State Bar No. 28421
      Magee Goldstein Lasky & Sayers, PC
      PO Box 404
      Roanoke, VA  24003-0404
      Chapter 7 Trustee