UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRIGNIA
LYNCHBURG DIVISION

| | |
|---|---|
| IN RE:<br>SMITH, HUNTER W.<br>Debtor. | Case No. 24-60212<br>Chapter 7 |

TRUSTEE'S APPLICATION FOR APPOINTMENT OF ACCOUNTANT

Andrew S. Goldstein, (the "Trustee"), Trustee of the above-named debtor(s), for his Application for Appointment of Accountant states as follows:

1. The Debtor filed a bankruptcy petition under Chapter 7 of the United States Bankruptcy Code on March 4, 2024. Andrew S. Goldstein was appointed the chapter 7 trustee for the Debtor.

2. The Trustee requests the appointment of Frank Hancock, CPA, President of Foti, Flynn, Lowen & Co., as Accountant for the Trustee to assist him in the performance of his duties as Trustee, as follows:

    a. preparation of federal and state income tax returns for the estate;

    b. analysis of financial records to identify property of the estates and avoidable transfers; and

    c. advice regarding accounting and income tax matters of the estate.

3. The reason for the Trustee's selection of the proposed professional to be employed are that the proposed professional:

    a. is a Certified Public Accountant;

    b. has experience in the preparation of income tax returns; and

    c. is knowledgeable about tax issues in bankruptcy cases.

4. The normal hourly billing rates for the proposed professional are:

    a. Frank Hancock: $390.00 per hour.

    b. tax preparer: $250.00 per hour.

    c. Paraprofessionals: $135.00; plus

    d. reimbursement of all necessary expenses at cost.

5. To the best of the Trustee's knowledge:

   a. the services to be provided are necessary and will benefit the estate by fixing the amount of federal and state income taxes owed by the estate and by assisting the trustee in the identification of assets;

   b. the fees and expenses to perform the required services are reasonably estimated to be $1,000.00 in fees and $0.00 in expenses;

   c. all the connections of the proposed professional with the debtor(s), creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee or any other person employed in the office of the United States Trustee are set forth as follows: None.

6. The Trustee has advised the proposed professional of the potential limitations of compensation pursuant to 11 U.S.C. § 328.

WHEREFORE, Andrew S. Goldstein, chapter 7 Trustee, respectfully requests that the Court, without necessity of a hearing unless a party in interest objects within fourteen (14) days of service of this Application, enter an order authorizing the Trustee to: (i) retain and employ the Professional as the Trustee's accountant pursuant to § 327 of the Bankruptcy Code on the terms and conditions described herein; and (ii) pay the Professional as an administrative expense of this case.

Date: October 15, 2025

RESPECTFULLY SUBMITTED,

ANDREW S. GOLDSTEIN

By: /s/ Andrew S. Goldstein
       Chapter 7 Trustee

Andrew S. Goldstein, Esq. (VSB #28421)
Magee Goldstein Lasky & Sayers, P.C.
PO Box 404
Roanoke, VA  24003-0404
Telephone:  (540) 343-9800
Facsimile:  (540) 343-9898
Electronic Mail: agoldstein@mglspc.com
*Chapter 7 Trustee*

CERTIFICATE OF SERVICE

      I hereby certify that on this date, <u>October 15, 2025</u>, I electronically filed the original of the foregoing with a proposed order and the Verified Statement of Proposed Professional with the United States Bankruptcy Court for the Western District of Virginia which caused electronic copies to be served on the United States Trustee, counsel for the Debtor(s), and all other registered users of the ECF system that have filed notices of appearance in this case.

      By: <u>/s/ Andrew S. Goldstein</u>